# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLENE ROGOFF, AN INDIVIDUAL,
Appellant,

vs.

ROCKVIEW DAIRIES, INC.,
Respondent.

No. 80915

**FILED**

APR 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____ DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting summary judgment. The notice of appeal and documents transmitted to this court reveal a jurisdictional defect. Specifically, the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman,* 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). The court's order finds appellant liable for abuse of process, but specifically notes that the amount of damages has yet to be determined, and the district court docket entries indicate that a short jury trial is set for May 29, 2020. This court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

---

[1]Respondent's motion to dismiss this appeal is denied as moot and the request for sanctions is denied.

20-14504

cc: Hon. Rob Bare, District Judge
Marlene Rogoff
The Galliher Law Firm
Eighth District Court Clerk